JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST BERNARD MOORE, | Case No. CV 11-9135-GW (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| A. WASHINGTON ADDUCI, Warden, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 31, 2013

_____
GEORGE WU
UNITED STATES DISTRICT JUDGE

1